MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorney for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PELOQUIN, an individual; ADAM CHOW, an individual; TIARA PAULINO, an individual; SHARNIQUE MARTIN, an individual; GREGORY VASS, an individual; and OZELL MURRAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. a Delaware corporation doing business in California as "TESAL MOTORS, INC.," and DOES 1-10 inclusive,<br><br>Defendant. | Case No. 3:25-CV-06690-AMO<br><br>**DEFENDANT TESLA, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL AND STAY OF PROCEEDINGS**<br><br>Date: December 18, 2025<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br><br>Complaint Filed: August 7, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant, Tesla Inc. ("Tesla" or "Defendant") respectfully requests that this Court take judicial notice of the following facts pursuant to Federal Rule of Evidence 201:

1.    Order Granting Tesla's Motion to Compel Arbitration and Stay Litigation in Hidalgo v. Tesla Motors, Inc., dated June 29, 2016, in the United States District Court for the Northern District of California, Case No. 5:15-cv-05185-BLF. A true and correct copy of this Order is attached hereto as Exhibit 1.

2.    Order Granting Tesla's Petition to Compel Arbitration (Motion) in Lambert v. Tesla, Inc., dated July 19, 2017, in the Superior Court of the State of California, County of Alameda, Case

1

No. RG17854515. A true and correct copy of this Order is attached hereto as Exhibit 2.

3.      Order Granting Tesla's Motion to Compel Arbitration and Denying Motion for Partial Summary Judgment in Lambert v. Tesla, Inc., dated January 8, 2018, in the United States District Court for the Northern District of California, Case No. 17-cv-05369-VC (2018 WL 317793). A true and correct copy of this Order is attached hereto as Exhibit 3.

4.      Order Affirming Granting of Tesla's Motion to Compel Arbitration in Lambert v. Tesla, Inc., 923 F.3d 1246 (9th Cir. 2019) (affirming Order Granting Tesla's Motion to Compel Arbitration and Denying Motion for Partial Summary Judgment in Lambert v. Tesla, Inc.), dated May 17, 2019, in the United States Court of Appeals, Ninth Circuit. A true and correct copy of this Order is attached hereto as Exhibit 4.

5.      Order Granting Tesla's Petition to Compel Arbitration (Motion) in Rodriguez v. Tesla, Inc., dated June 21, 2019, in the Superior Court of the State of California, County of Alameda, Case No. RG18904409. A true and correct copy of this Order is attached hereto as Exhibit 5.

6.      Order Granting Tesla's Motion to Compel Arbitration in Murrain v. Tesla, Inc. dba Tesla Motors, Inc. et al., dated July 29, 2019, in the Superior Court of the State of California, County of Santa Clara, Case No. 18CV334861. A true and correct copy of this Order is attached hereto as Exhibit 6.

7.      Order Granting Tesla's Motion to Compel Arbitration in Gevarges v. Tesla, Inc., dated February 18, 2021, in the Superior Court of the State of California, County of Alameda, Case No. RG20070850. A true and correct copy of this Order is attached hereto as Exhibit 7.

8.      Order Granting Tesla's Motion to Compel Arbitration in Stanley v. Tesla, Inc., dated March 5, 2021, in the Superior Court of the State of California, County of Los Angeles, Case No. 20STCV45203. A true and correct copy of this Order is attached hereto as Exhibit 8.

9.      Order Granting Tesla's Petition to Compel Arbitration (Motion) in Davis v. Tesla, Inc., dated July 29, 2021, in the Superior Court of the State of California, County of Alameda, Case No. RG20071150. A true and correct copy of this Order is attached hereto as Exhibit 9.

10.      Order Granting Tesla's Motion to Compel Arbitration in Rodriguez v. Tesla, Inc.,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS

dated August 13, 2021, in the Superior Court of the State of California, County of Alameda, Case No. RG21097960. A true and correct copy of this Order is attached hereto as Exhibit 10.

11.    Order Granting Tesla's Motion to Compel Arbitration in Stewart v. Tesla, Inc., dated January 4, 2022, in the Superior Court of the State of California, County of San Joaquin, Case No. STK-CV-UOE-2021-0000286. A true and correct copy of this Order is attached hereto as Exhibit 11.

12.    Order Granting Tesla's Motion to Compel Arbitration in Buggs v. Tesla, Inc. et al., dated January 24, 2022, in the Superior Court of the State of California, County of Alameda, Case No. RG20054661. A true and correct copy of this Order is attached hereto as Exhibit 12.

13.    Order Granting Tesla's Motion to Compel Arbitration in Bluford v. Tesla Energy Operations, Inc., et al, dated February 23, 2022, in the Superior Court of the State of California, County of Los Angeles, Case No. 21STCV43054. A true and correct copy of this Order is attached hereto as Exhibit 13.

14.    Order Granting Tesla's Motion to Compel Arbitration in Bivens v. Tesla, Inc. et al., dated March 29, 2022, in the Superior Court of the State of California, County of Alameda, Case No. RG21088813. A true and correct copy of this Order is attached hereto as Exhibit 14.

15.    Order Granting Tesla's Motion to Compel Arbitration in Gonzalez v. Tesla, Inc., dated May 26, 2022, in the Superior Court of the State of California, County of Alameda, Case No. 21CV004780. A true and correct copy of this Order is attached hereto as Exhibit 15.

16.    Order Granting Tesla's Motion to Compel Arbitration in Frank v. Tesla, Inc. et al., dated June 27, 2022, in the United States District Court for the Central District of California, Case No. 2:22-cv-01590 MEMF (AGRx). A true and correct copy of this Order is attached hereto as Exhibit 16.

17.    Order Granting Tesla's Motion to Compel Arbitration in Vela v. Tesla, Inc., dated July 5, 2022, in the Superior Court of the State of California, County of Santa Clara, Case No. 22CV394781. A true and correct copy of this Order is attached hereto as Exhibit 17.

18.    Order Granting Tesla's Motion to Compel Arbitration in Dickson v. Tesla Energy Operations, Inc. et al., dated July 20, 2022, in the United States District Court for the Northern

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS

District of California, Case No. 22-cv-01720-NC. A true and correct copy of this Order is attached hereto as Exhibit 18.

19.    Order Granting Tesla's Motion to Compel Arbitration in Garibay v. Tesla, Inc. et al., dated August 16, 2022, in the Superior Court of the State of California, County of Alameda, Case No. 22CV010893. A true and correct copy of this Order is attached hereto as Exhibit 19.

20.    Order Granting Tesla's Motion to Compel Arbitration in Butler v. Tesla, Inc., dated August 26, 2022, in the Superior Court of the State of California, County of Alameda, Case No. 22CV010543. A true and correct copy of this Order is attached hereto as Exhibit 20.

21.    Order Granting Tesla's Motion to Compel Arbitration in Mederos v. Tesla, Inc. et al., dated September 6, 2022, in the Superior Court of the State of California, County of Los Angeles, Case No. 22STCV15424. A true and correct copy of this Order is attached hereto as Exhibit 21.

22.    Order Granting Tesla's Motion to Compel Arbitration in Sultan v. Volt Management Corp., dba Volt Workforce Solutions, et al., dated November 2, 2022, in the Superior Court of the State of California, County of Alameda, Case No. 22CV014977. A true and correct copy of this Order is attached hereto as Exhibit 22.

23.    Order Granting Tesla's Motion to Compel Arbitration in Kiss v. Tesla, Inc., dated November 18, 2022, in the Superior Court of the State of California, County of Alameda, Case No. 22CV016667. A true and correct copy of this Order is attached hereto as Exhibit 23.

24.    Order Granting Tesla's Motion to Compel Arbitration in Pierce v. Tesla, Inc., dated January 30, 2023, in the United States District Court for the Northern District of California, Case No. 3:22-cv-03177-TLT. A true and correct copy of this Order is attached hereto as Exhibit 24.

25.    Order Granting Tesla's Motion to Compel Arbitration in Palmore v. Tesla, Inc. dba Tesla Motors, Inc., et al., dated May 31, 2023, in the Superior Court of the State of California, County of Alameda, Case No. 22CV020204. A true and correct copy of this Order is attached hereto as Exhibit 25.

26.    Order Granting Tesla's Motion to Compel Arbitration in Villagomez v. Tesla, Inc., dated December 5, 2023, in the United States District Court for the Northern District of California,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS

Case No. 3:23:cv-03672-VC. A true and correct copy of this Order is attached hereto as Exhibit 26.

27.    Order Granting Tesla's Motion to Compel Arbitration in Glanton v. Serna, et al., dated August 31, 2023, in the Superior Court of the State of California, County of Alameda, Case No. 22CV023830. A true and correct copy of this Order is attached hereto as Exhibit 27.

28.    Order Granting Tesla's Motion to Compel Arbitration in Jones v. Tesla, Inc., et al., dated January 18, 2024, in the Superior Court of the State of California, County of Los Angeles, Case No. 23STCV16119. A true and correct copy of this Order is attached hereto as Exhibit 28.

29.    Order Granting Tesla's Motion to Compel Arbitration in James v. Citistaff Solutions, Inc., et al., dated February 14, 2024, in the Superior Court of the State of California, County of Alameda, Case No. RG20061660. A true and correct copy of this Order is attached hereto as Exhibit 29.

30.    Order Granting Tesla's Motion to Compel Arbitration in Stone v. Tesla Motors, Inc. dba Tesla, Inc., dated March 14, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 23CV044589. A true and correct copy of this Order is attached hereto as Exhibit 30.

31.    Order Granting Tesla's Motion to Compel Arbitration in Hernandez v. Tesla Motors, Inc., dated April 2, 2024, in the Superior Court of the State of California, County of Santa Clara, Case No. 23CV423165. A true and correct copy of this Order is attached hereto as Exhibit 31.

32.    Order Granting Tesla's Motion to Compel Arbitration in Chee v. Tesla, Inc., dated April 30, 2024, in the United States District Court for the Northern District of California, Case No. 24-cv-00180. A true and correct copy of this Order is attached hereto as Exhibit 32.

33.    Order Granting Tesla's Motion to Compel Arbitration in Garder-Smith v. Tesla, Inc., dated May 10, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 23CV048379. A true and correct copy of this Order is attached hereto as Exhibit 33.

34.    Order Granting Tesla's Motion to Compel Arbitration in Mitchell v. Tesla Motors, Inc., et al., dated June 6, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 23CV052255. A true and correct copy of this Order is attached hereto as Exhibit 34.

35.    Order Granting In Part Tesla's Motion to Compel Arbitration in Baer, et al. v. Tesla

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS

Motors, Inc., dated June 10, 2024, in the United States District Court for the Northern District of California, Case No. 4:23-cv-02274-YGR. A true and correct copy of this Order is attached hereto as Exhibit 35.

36.     Order Granting Tesla's Motion to Compel Arbitration and Stay Litigation in Nottbohm v. Tesla, Inc., dated June 13, 2024, in the United States District Court for the Northern District of California, Case No. 3:23-cv-05171-JD. A true and correct copy of this Order is attached hereto as Exhibit 36.

37.     Order Granting Tesla's Motion to Compel Arbitration in Howard, et al. v. Tesla, Inc., et al., dated September 4, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 23CV036966. A true and correct copy of this Order is attached hereto as Exhibit 37.

38.     Order Granting Tesla's Motion to Compel Arbitration and Stay Litigation in Anaya v. Tesla Motors, Inc., dated September 16, 2024, in the United States District Court for the Northern District of California, Case No. 3:24-cv-04206-VC. A true and correct copy of this Order is attached hereto as Exhibit 38.

39.     Order Granting Tesla's Motion to Compel Arbitration in Davis v. Tesla, Inc., et al., dated September 17, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 24CV073835. A true and correct copy of this Order is attached hereto as Exhibit 39.

40.     Order Granting Tesla's Motion to Compel Arbitration in Panossian v. Tesla Motors, Inc., dated September 23, 2024, in the Superior Court of the State of California, County of Los Angeles, Case No. 24STCV10253. A true and correct copy of this Order is attached hereto as Exhibit 40.

41.     Order Granting Tesla's Motion to Compel Arbitration in Kiiskila v. Tesla Motors, Inc., et al., dated October 3, 2024, in the Superior Court of the State of California, County of Alameda, Case No. 24CV066664. A true and correct copy of this Order is attached hereto as Exhibit 41.

42.     Order Granting Tesla's Motion to Compel Arbitration and Stay Litigation in *Ly v. Tesla Motors, Inc.,* dated November 25, 2024, in the United States District Court for the Northern District of California, Case No. 24-cv-06521-VKD. A true and correct copy of this Order is attached

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS

hereto as Exhibit 42.

Under Federal Rule of Evidence 201, a federal court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Judicial notice of such facts is mandatory when requested by a party who has supplied the information to the court. Fed. R. Evid. 201(c). Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citing Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) and *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)). Federal courts may take judicial notice of orders and proceedings in other courts. *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011); *Engine Mfrs. Ass'n v. South Coast Quality Maint. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007). Since Exhibits 1-42 are part of the public record and not subject to reasonable dispute, Tesla respectfully requests that the Court take judicial notice of the aforementioned documents.

Dated: October 31, 2025                    MORGAN, LEWIS & BOCKIUS LLP


                                           By: */s/ Jennifer B. Zargarof*
                                               Jennifer B. Zargarof
                                               Attorneys for Defendant

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL
AND STAY OF PROCEEDINGS